DOUGLAS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

J. A. KIRSCH & Co., INC., Appellant, v. JOSEPH DE A. BENYUNES, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrers upon payment of said costs and ten dollars costs awarded to defendant by the order appealed from. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

HYMAN HIMELSTEIN, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JINDRICH WALDES and Others, Copartners, etc., Appellants, v. HERMAN BASCH, Individually and as Trustee, etc., Respondent, Impleaded with SIGMUND BASCH and Others, Defendants.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILFRED BODIE, Indicted as JOHN DUNN, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BEATRICE VOTAW, Respondent, v. THOMAS F. FARRELL and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ROBERT H. THOMPSON, Appellant, v. THE NEW YORK TRUST COMPANY, Respondent, Impleaded with MAUDE E. THOMPSON, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ISAAC KRULEWITCH, Respondent, v. THE NATIONAL IMPORTING AND TRADING COMPANY, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendants to serve an amended answer in ten days upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

LOUIS HUEBSHMAN, Respondent, v. JULIUS G. KUGELMAN and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendants to withdraw the demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

LOUIS HUEBSHMAN, Appellant, v. JULIUS G. KUGELMAN and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

GEORGE P. MONTAGUE and Another, as Surviving Substituted Trustees, etc., of HENRY CARY, Deceased, Respondents, v. CHARLES P. CURTIS, as Administrator, etc., of THOMAS G. CARY, Deceased, and Others, Respondents,